IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CONNIE ANDERSON, et al. | ) |
| | ) |
| v. | ) NO. 3:06-0324 |
| | ) JUDGE CAMPBELL |
| CLARKSVILLE MONTGOMERY | ) |
| COUNTY SCHOOL SYSTEM, et al. | ) |

ORDER

Pending before the Court are Defendants' Motion to Dismiss Plaintiffs' Claims Made Against Sandra Husk, Director of Schools, in her Official Capacity (Docket No. 22) and Defendants' Motion to Dismiss Plaintiffs' Claims Under the Tennessee Constitution (Docket No. 24).

For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss Plaintiffs' Claims Made Against Sandra Husk, Director of Schools, in her Official Capacity (Docket No. 22) is GRANTED, and Defendants' Motion to Dismiss Plaintiffs' Claims Under the Tennessee Constitution (Docket No. 24) is DENIED. Plaintiffs' claims against Defendant Husk in her official capacity are DISMISSED.

This case is set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE